IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JEAN NELSON,

        Plaintiff,                      No. 03:14-CV-00685-SB

      v.

FISKARS BRANDS, INC., d.b.a. Gerber        ORDER
Legendary Blades,

        Defendant.

HERNANDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings & Recommendation (#35) on July 10, 2015, in which she recommends the Court grant Defendant's motion for summary judgment and deny Plaintiff's motion for partial summary judgment. Plaintiff has timely filed objections to the Findings & Recommendation. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

    When any party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the

1 - ORDER

Magistrate Judge's report. 28 U.S.C. § 636(b)(1); Dawson v. Marshall, 561 F.3d 930, 932 (9th Cir. 2009); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

I have carefully considered Plaintiff's objections and conclude there is no basis to modify the Findings & Recommendation. I have also reviewed the pertinent portions of the record *de novo* and find no other errors in the Magistrate Judge's Findings & Recommendation.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings & Recommendation [35], and therefore, Defendant's motion for summary judgment [17] is granted and Plaintiff's motion for partial summary judgment [20] is denied.

IT IS SO ORDERED.

DATED this  13  day of  September , 2015.

*/s/ Marco Hernández*
MARCO A. HERNANDEZ
United States District Judge

2 - ORDER