Christopher A. Slater, OSB No. 97398
Sovereign Hotel, 4th Floor
710 S.W. Madison, Street
Portland, Oregon 97205
Tel: (503) 227-2024
Fax: (503) 224-7299
email: cslater@slaterross.com

Of Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **JEAN NELSON,**<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**FISKARS BRAINDS, INC.,** d.b.a<br>GERBER LEGENDARY BLADES,<br><br>　　　　　Defendant. | Case No. 3:14-CV-00685-SB<br><br>**PLAINTIFF'S OBJECTION TO**<br>**DEFENDANT'S BILL OF COSTS** |

Plaintiff objects to Defendant's Bill of Costs because awarding costs against Plaintiff would have a chilling effect on future civil rights claims. This objection is supported by the attached memorandum of law.

DATED this 16th day of October, 2015.

　　　　　　　　　　　　　　　　　　/s/ **CHRISTOPHER A. SLATER**
　　　　　　　　　　　　　　　　　　―――――――――――――――――――
　　　　　　　　　　　　　　　　　　Christopher A. Slater, OSB No. 97398
　　　　　　　　　　　　　　　　　　Of Attorneys for Plaintiff